UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

In the Matter of the Complaint of Volunteer
Barge & Transport, Inc., as Operator and
Owner *pro hac vice*, of the Barge CH0074,
Official No. 1099544, for Exoneration from or
Limitation of Liability

Case No. 4:14cv00352

VOLUNTEER BARGE & TRANSPORT, INC.                               PLAINTIFF

V.                        Case No. 4:14cv00473

THE SCOULAR COMPANY                                             DEFENDANT

## ORDER

By agreement of the parties, the above-captioned matters are dismissed with prejudice.

IT IS SO ORDERED this 31st day of July, 2017.

_____
James M. Moody
United States District Judge